AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS__ _____

Ira & Larry Goldberg Coins & Collectibles

V.

Maria Paul, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)

MARIA PAUL
14 Woodstock Drive    OR    12021 Ambassador Drive
Framingham, MA              Westboro, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. Ellen Carpenter, Esq.
Roach & Carpenter, P.C.
24 School Street
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  3-10-04

AO 44

Se

NAME

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

Middlesex, ss.

By virtue of this writ I have made diligent search for the within-named MARIA PAUL and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county, I therefore return this writ without service. Diligent Search ($15.00) Total Charges $15.00

March 16, 2004

*Murray Zuk*
Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                Signature of Server

                                _____
                                Address of Server

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

03/22/2004

I hereby certify and return that on 03/19/2004 at 01:55pm I served a true and attested copy of the Summons and Complaint, Exhibit A and B in this action in the following manner: To wit, by leaving at the last and usual place of abode of MARIA PAUL at 12021 AMBASSADOR DR, WESTBOROUGH, MA and by mailing first class mail to the above address on 03/22/2004. Fees: Service 20.00, Travel 16.32, Conveyance 4.50, Attest 10.00 & Postage and Handling 3.00 Total Fees: $53.82

Deputy Sheriff Michael J Ahearn

*Deputy Sheriff*