AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__

Ira & Larry Goldberg Coins & Collectibles

V.

Maria Paul, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)

MARIA PAUL
14 Woodstock Drive   OR   12021 Ambassador Drive
Framingham, MA              Westboro, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. Ellen Carpenter, Esq.
Roach & Carpenter, P.C.
24 School Street
Boston, MA 02108

A TRUE COPY ATTEST
DEPUTY SHERIFF
3-19-04

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  3-10-04